UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Deshawn Bonner,
D-2 Ian Walter,
D-3 Rodney Morris,

    Defendants.
_____/

Case No.: 22-cr-20216
Hon. Judith E. Levy

## FIRST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 2118(b) - Burglary Involving Controlled Substances;
### 18 U.S.C. § 2 – Aiding and Abetting

D-1 Deshawn Bonner
D-2 Ian Walter
D-3 Rodney Morris

On or about November 8, 2021, in the Eastern District of Michigan, defendants, Deshawn Bonner, Ian Walter, and Rodney Morris, aided and abetted by each other, knowingly and unlawfully entered, without authority, the property of Walgreens, a pharmacy that was then registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act, with the intent

1

to steal controlled substances. The replacement cost of the controlled substances Deshawn Bonner, Ian Walter, and Rodney Morris intended to steal was more than $500.

All in violation of Title 18, United States Code, Sections 2118(b) and 2.

## FORFEITURE ALLEGATION

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, obtained as a result of the violations set forth in this Indictment, all property traceable thereto, all property that facilitated the commission of such violations, or property traceable thereto, and all property involved in such violations, or property traceable thereto.

Forfeiture includes, but is not limited to, the forfeiture of defendant's interest to the United States in the following property involved in Count One, and/or as property used, or intended to be used, in any manner or part to facilitate the commission of Count One of the Indictment:

   i. a black Apple iPhone SE2 smartphone,

   ii. a dark colored Motorola cellphone.

   iii. a black Apple iPhone 7 cellphone.

The phones are subject to forfeiture pursuant to 28 U.S.C. § 2461(c).

THIS IS A TRUE BILL
*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

*s/ Terrence R. Haugabook*
TERRENCE R. HAUGABOOK
Assistant United States Attorney


*s/ A. Brant Cook*
A. BRANT COOK
Assistant United States Attorney


Dated: June 15, 2022

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>22-CR-20216 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: TRH |

FILED USDC - CLRK DET
2022 JUN 15 PM 3:26

Case Title: USA v. Deshawn Bonner, et al.

County where offense occurred: Wayne

Check One:    ☒ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
__✓__Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: 22-CR-20216            Judge: Hon. Denise Page Hood

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| D-2 Ian Walter | 18 U.S.C. § 2118(b), 2 | 22-mj-30140 |
| D-3 Rodney Morris | 18 U.S.C. § 2118(b), 2 | 22-mj-30188 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 15, 2022
Date

Terrence Haugabook
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9157
Fax:    (313) 226-5464
E-Mail address: Terrence.Haugabook@usdoj.gov
Attorney Bar #: P-44554

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16