| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT**<br>**PART 1: PETITION FOR WARRANT** | U. S. Probation Office<br>Eastern District of Michigan | PACTS<br>7957781 | DATE<br>02/13/2026 |
|---|---|---|---|---|
| **NAME**<br>WALTER, Ian | | **OFFICER**<br>Jon Groesser | **JUDGE**<br>Judith E. Levy | **DOCKET #**<br>22-CR-20216-02 |

| ORIGINAL SENTENCE DATE<br>05/24/2023 | SUPERVISION TYPE<br>Supervised Release | CRIMINAL HISTORY CATEGORY<br>II | TOTAL OFFENSE LEVEL<br>13 | PHOTO |
|---|---|---|---|---|
| COMMENCED<br>09/05/2023 | | | | |
| EXPIRATION<br>09/04/2026 | | | | |

| ASST. U.S. ATTORNEY<br>Nhan Ho | DEFENSE ATTORNEY<br>Wade Fink |
|---|---|

**REPORT PURPOSE**

**AMENDEDMENTS TO THE VIOLATION PETITION FILED ON SEPTEMBER 15, 2025**

**(Please note that the amended information is underlined).**

**ORIGINAL OFFENSE**

Count 1s: 18 U.S.C. § 2118(b), Burglary Involving Controlled Substances, Aiding and Abetting

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 45 days, to be followed by a three-year term of supervised release.

Amended Sentence: 6/6/2023, Correction of Sentence Clerical Mistake (Fed.R.Crim.P.36): All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.
2. If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment.
3. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.
4. You must provide the probation officer with access to any requested financial information and authorized the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** **PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 7957781 | DATE 02/13/2026 |
|---|---|---|---|---|
| **NAME** WALTER, Ian | **OFFICER** Jon Groesser | **JUDGE** Judith E. Levy | | **DOCKET #** 22-CR-20216-02 |

5. You must complete 250 hours of community service within 36 months.  The probation officer will supervise your participation in the probation by approving the program (agency, location, frequency of participation, etc.).  You must provide written verification of completed hours to the probation officer.

   Criminal Monetary Penalties: Special Assessment $100.00 (Paid); Restitution $16,730.03 (Paid)

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." <br><br> On November 29, 2024, WALTER was issued a citation for Assault and Battery by the Oakland County Sheriff Department, following an assault at the Somerset Mall in Troy, Michigan. <br><br> A review of surveillance video showed WALTER punching the victim and knocking him to the ground, followed by two other males punching and kicking the victim on the ground. <br><br> On January 8, 2025, WALTER was arraigned on one count of misdemeanor Assault and Battery in the 52-4 District Court in Troy, Michigan.  WALTER ultimately pled guilty to a reduced misdemeanor charge of Disorderly Person and on May 22, 2025, was sentenced to $1,030.00 in fines and costs. |
| 2 | **Violation of Standard Condition No. 5:** "YOU MUST LIVE AT A PLACE APPROVED BY THE PROBATION OFFICER. IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCE, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE." <br><br> Since the onset of supervised release, the probation department has supervised WALTER at his reported residence on Albany Street in Detroit, Michigan, where he was approved to reside with his mother.  On August 12, 2025, WALTER advised this writer he had moved with his mother in approximately February 2025, to Rossini Street in Detroit, without prior notice. <br><br> WALTER failed to notify the probation department regarding his change of residence, as instructed.  As a result, this residence was never inspected or approved by the probation department. |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** **PART 1: PETITION FOR WARRANT** | U. S. Probation Office Eastern District of Michigan | PACTS 7957781 | DATE 02/13/2026 |
|---|---|---|---|---|
| **NAME** WALTER, Ian | | **OFFICER** Jon Groesser | **JUDGE** Judith E. Levy | **DOCKET #** 22-CR-20216-02 |

| 3 | **Violation of Standard Condition No. 10:** "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS). On September 4, 2025, agents with of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the Department of Labor Office of the Inspector General (DOL-OIG) and officers with the Detroit Police Department (DPD), executed a federal search warrant at a residence in Eastpointe, Michigan associated with WALTER. Agents breached and entered the residence. While securing the location, contact was made with WALTER within the home. Agents located and seized the following from the residence: one Glock model 21 firearm, loaded with 10 rounds of .45 caliber ammunition, one Glock model 26 firearm, loaded with 18 rounds of 9mm ammunition, and an assortment of other ammunition throughout the residence. Both firearms located at the residence were reported stolen. On September 4, 2025, agents with ATF, DOL-OIG and DPD executed an additional federal search warrant at another residence in Detroit, Michigan associated with WALTER. While searching this location, officers located a DTI Delton Inc., model DTI-15, 5.56 NATO caliber rifle, wrapped in a bedsheet, with a magazine loaded with seven rounds of ammunition placed on top. |
|---|---|
| 4 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." On October 1, 2025, WALTER was Indicted on three counts of Felon in Possession of a Firearm in the United States District Court, Eastern District of Michigan, Case Number: 2:25-CR-20744-01. Each count represents the firearms noted in Violation 3. A Pretrial Conference is scheduled for March 10, 2026, before United States District Judge Brandy R. McMillion. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Jon Groesser/djl/lnb/djl (313) 234-5442 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew A. Romeo (989) 894-8829 | **PROBATION ROUTING** Data Entry |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** <br> **PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** <br> Eastern District of Michigan | PACTS <br> 7957781 | DATE <br> 02/13/2026 |
|---|---|---|---|---|
| **NAME** <br> WALTER, Ian | | **OFFICER** <br> Jon Groesser | **JUDGE** <br> Judith E. Levy | **DOCKET #** <br> 22-CR-20216-02 |

**THE COURT ORDERS:**

[ X ]   The amendments to the violation petition filed on September 15, 2025

[  ]   Other

s/Judith E. Levy
_____
United States District Judge

2/16/2026
_____
Date

Page **4** of **4**